No. 246, Misc. OVERTON *v.* MISSOURI;
No. 257, Misc. POPE *v.* RAGEN, WARDEN;
No. 280, Misc. PATTERSON *v.* ALVIS, WARDEN;
No. 285, Misc. DAUGHERTY *v.* ALVIS, WARDEN;
No. 293, Misc. HOWARD *v.* TINSLEY, WARDEN;
No. 298, Misc. OUGHTON *v.* UNITED STATES; and
No. 307, Misc. ARLEN *v.* ATTORNEY GENERAL OF THE UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.

No. 269, Misc. CONLEY *v.* GREEN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION; and
No. 275, Misc. EINEDER *v.* BANNAN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied. MR. JUSTICE STEWART took no part in the consideration or decision of these applications.

No. 288. OKLAHOMA NATURAL GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *John S. Carlson, Norman A. Flaningam* and *Melvin Richter* for petitioner. *Solicitor General Rankin, Willard W. Gatchell* and *Howard E. Wahrenbrock* for the Federal Power Commission, *Clarence H. Ross* for the Natural Gas Pipeline Co. of America, *John J. Wilson* and *David T. Searls* for Oil Drilling, Inc., et al., and *Warren M. Sparks* for the Warren Petroleum Corporation, respondents. *Roger Arnebergh, John C. Banks, Peter Campbell Brown, J. Elliott Drinard, John C. Melaniphy, Charles S. Rhyne* and *J. Parker Connor* filed a brief for the Member Municipalities of the National Institute of Municipal Law Officers, as *amici curiae,* in support of the petition for a writ of certiorari.